**No. 41108.**—Protest 979573–G of Louis Wolf & Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (C. D. 74) the opera glasses in question were held dutiable at 35 percent under paragraph 228 (b) as claimed.

**No. 41109.**—Protests 979632–G, etc., of Frankel Importing Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of transparent glass beads similar to those the subject of Abstract 39360. The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 41110.**—Protests 822016–G, etc., of American Enka Corp. et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 21, 1939

**No. 41111.**—Protest 722071–G of F. W. Woolworth Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel candlesticks plated with silver were held dutiable at 50 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

**No. 41112.**—Protests 973456–G, etc., of Lee & Schiffer, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Lee & Schiffer* v. *United States* (T. D. 49358) the mechanisms in question were held dutiable as machines and parts at 27½ percent under paragraph 372 as claimed.

BEFORE THE THIRD DIVISION, APRIL 21, 1939

**No. 41113.**—Protest 945850–G of Greeff Co. (New York).

Opinion by KEEFE, J. It was admitted that the regulations relative to the free entry of returned American products had not been complied with at the time the merchandise was entered. On the authority of *Stone* v. *United States* (7 Ct. Cust. Appls. 439, T. D. 37009) and Abstract 13479 the protest was overruled as the certificate of exportation in question was not filed with the collector until several months after liquidation.